ISA W. HEIN, Appellant, *v.* WASHINGTON S. VALENTINE Respondent.

*Hein* v. *Valentine*, 145 App. Div. 917, affirmed.
(Argued December 4, 1912; decided December 20, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to dissolve an alleged partnership and for an accounting.

*Abraham Gruber* and *E. R. Rayher* for appellant.

*Russel S. Contant* and *Henry L. Sprague* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.